

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCIS J. VALENTINE,<br>   Plaintiff,<br><br>V.<br><br>FOUNDERS INSURANCE COMPANY,<br>a corporation,<br>   Defendant. | 08CV3302<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE MASON |

### COMPLAINT

Plaintiff, Francis J. Valentine, brings this complaint against Founders Insurance Company, a corporation, and alleges:

1. Plaintiff is a citizen of the State of Indiana and defendant is an insurance corporation licensed to write automobile insurance in the State of Illinois with its office located in the City of Des Plaines, Cook County Illinois.

2. The nature of this Complaint is a proceeding for a declaratory judgment under Sec. 2201 of the Judicial Code. The jurisdiction of this Court is based on diversity of citizenship existing between the parties. The matter in controversy exceeds the value of $75,000, exclusive of interest and costs.

3. On August 2, 2007 defendant issued its private Passenger Automobile Policy No. APIN227681 to the plaintiff which covered a 1997 Ford automobile owned by him.

4. On September 14, 2007 Plaintiff was involved in a motor vehicle accident in Winter Park, Florida while diving his said Ford automobile. The driver of the other vehicle was insured with GMAC and it has been determined that said accident was due to the fault of the driver of the other vehicle.

5. As a result of said accident plaintiff was injured and GMAC paid the full amount of its liability coverage to the plaintiff in settlement of his injuries.

6. Thereafter and on or about February 27, 2008, plaintiff at the request of a claims representative of defendant Founders Insurance Company submitted medical bills and supporting medical records to defendant in connection with plaintiff's claim under his underinsured coverage with defendant.

7. Since then, defendant Founders Insurance Company has failed to acknowledge receipt of plaintiff's said medical bills and records and has intermittently by its agents and claims representatives told plaintiff that there was no coverage for plaintiff's claim

because the accident in question happened in Florida and plaintiff was a resident of Indiana, and refused to give plaintiff any information on underinsured coverage provided by his said automobile policy.

       8. An actual controversy exits between to parties hereto within the meaning of 28 U.S.C. Sec. 2201, and this Court is vested with the power in the instant case to declare and adjudicate the rights of the parties to this action with reference to issues raised by this Complaint.

       9. Due to the nature of plaintiff's injuries and the likelihood that his medical bills will continue to mount it is expected that the total value of plaintiff's case will exceed the jurisdictional minimum.

      10. Plaintiff alleges that due to defendant's refusal to pay plaintiff's claim plaintiff is entitled to punitive damages and this Court is further empowered to take this into consideration in determining whether the jurisdictional minimum has been met and in awarding damages to the plaintiff.

      11. Plaintiff submits that should this Court enter its order declaring that defendant provide underinsured coverage for the plaintiff that defendant Founders Insurance Company be denied the right to enforce any and all other provisions of its policy with plaintiff except payment to the plaintiff of any amount of money found to be due.

      WHEREFORE, plaintiff requests this Court to:

      (a) Enter a declaratory judgment that defendant Founders Insurance Company provide underinsurance coverage to the plaintiff;

      (b) Award plaintiff damages according to proof ;

      (c) Enter a declaratory judgment that all provisions of defendant's said policy of insurance with plaintiff, except the payment of money, be unenforceable as to the plaintiff ;

      (d) Award plaintiff costs of suit incurred in this action ; and

      (e) Award plaintiff such other and further relief as this Court may deem just and proper.

Dated: 6/9/08

                                          Francis J. Valentine, Plaintiff Pro Se
                                          2622 Hermoine Trail
                                          Long Beach, Indiana 46360