HHN

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Francis J. Valentine
(Please print)

STREET ADDRESS: 2622 Hermoine Trail

CITY/STATE/ZIP: Long Beach, Indiana 46360

PHONE NUMBER: 407-231-1992

CASE NUMBER: 08CV3302
JUDGE ZAGEL
MAGISTRATE JUDGE MASON

Signature                    6-9-08
                             Date

FILED

JUN 0 9 2008  TC
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT