

0407008978/HC80376

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANCIS J. VALENTINE, | |
| *Plaintiff,* | |
| v. | No.  08 CV 3302 |
| FOUNDERS INSURANCE COMPANY, a corporation, | Judge Zagel<br>Magistrate Judge Mason |
| *Defendant.* | |

### NOTICE OF MOTION

**FILED**
JUN 2 7 2008 TC
Jun 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:   Francis J. Valentine, 2622 Hermoine Trail, Long Beach, Indiana 46360

**PLEASE TAKE NOTICE** that on the <u>10th day of July 2008</u> at <u>10:15 a.m.</u>, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge James B. Zagel**, or any judge sitting in his stead, in the Courtroom usually occupied by him in **Room 2503** of the US District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present *Defendant's Motion to Dismiss*, a copy of which is attached hereto and herewith served upon you.

THE LAW OFFICE OF SHARI SHELMADINE

_____

### PROOF OF SERVICE

The undersigned, an attorney, on her oath, states that she served this Notice of Motion and Motion referenced therein by mailing a copy to the party/ies listed above on this <u>27th day of June 2008</u>, by depositing same in the U.S. Mail located at 53 West Jackson Boulevard, Chicago, with proper postage pre-paid.

_____
Shari S. Shelmadine

THE LAW OFFICE OF SHARI SHELMADINE
53 West Jackson Boulevard, Suite 1209
Chicago, Illinois 60604
(312) 447-0042
Attorney No. 42227
A.R.D.C. 6202507