AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FRANCIS J. VALENTINE

**SUMMONS IN A CIVIL CASE**

Plaintiff

V.

**08CV3302**
**JUDGE ZAGEL**
**MAGISTRATE JUDGE MASON**

FOUNDERS INSURANCE COMPANY

Defendant

TO: (Name and address of Defendant)

FOUNDERS INSURANCE COMPANY
1645 E. Birchwood Avenue
Des Plaines, IL 60018

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis J. Valentine
Plaintiff Pro Se

2622 Hermoine Trail
Long Beach, Indiana 46360

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

J. Cervantes

(By) DEPUTY CLERK

JUN 0 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | June 11, 2008 |
| NAME OF SERVER *(PRINT)* Jerry D. Dover | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FILED
JUL 01 2008  EA
7-1-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☒ Other (specify): Corporate: Left copies thereof at 1645 E. Birchwood Ave., Des Plaines, IL with Patricia Lacalamita, agent for Founders Insurance Company

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 11, 2008            [signature]
                    Date              *Signature of Server*

7 S. Lincoln St., Suite 201
Hinsdale, IL 60521

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.