

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
Aug 13, 2008
AUG 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| FRANCIS J. VALENTINE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 08 CV 3302 |
| ) | |
| FOUNDERS INSURANCE COMPANY, ) | Judge Zagel |
| a corporation, ARLIE G. CAVE, SIBYL ) | Magistrate Judge Mason |
| FORMYDUVAL and TIRZA FERNANDEZ ) | |
| ) | |
| Defendants, ) | |

To: Michael W. Dobbins, Clerk
   United States District Court
   for the Northern District of Illinois

   Please enter the default of the Defendant, FOUNDERS INSURANCE COMPANY, pursuant to Rule 55(a) of the Federal Rules Of Civil Procedure for its failure to plead or otherwise defend as appears from the attached Affidavit of the Plaintiff, FRANCIS J. VALENTINE.

Dated: August 13, 2008

_____
Francis J. Valentine, Plaintiff, pro-se
2622 Hermoine Trail
Long Beach, Indiana 46360

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCIS J. VALENTINE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 08 CV 3302 |
| ) | |
| FOUNDERS INSURANCE COMPANY, ) | Judge Zagel |
| a corporation, ARLIE G. CAVE, SIBYL ) | Magistrate Judge Mason |
| FORMYDUVAL and TIRZA FERNANDEZ ) | |
| ) | |
| Defendants, ) | |

AFFIDAVIT

STATE OF ILLINOIS )
) ss.
COUNTY OF COOK )

Francis J. Valentine, being first duly sworn, deposes and says:

1. I am the Plaintiff and have personal knowledge of the facts set forth in this Affidavit.

2. The Plaintiff on July 21, 2008, filed a First Amended Complaint against Defendants.

3. Examination of the Court file and record in this cause shows that Defendant, FOUNDERS INSURANCE COMPANY, who had previously been served with summons and a copy of the Complaint and also a copy of the First Amended Complaint, has failed to answer or otherwise defend as to Plaintiff's First Amended Complaint.

4. That more than 20 days have elapsed since said Defendant has been served with a copy of Plaintiff's First Amended Complaint.

5. This Affidavit is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling Plaintiff to obtain an entry of default against Defendant, FOUNDERS INSURANCE COMPANY, only for its failure to answer or otherwise defend as to Plaintiff's First Amended Complaint.

Subscribed and sworn to before me this 13 day of August, 2008.

Notary Public

"OFFICIAL SEAL"
HEINRICH ERNST
Notary Public, State of Illinois
My Commission Expires Dec. 14, 2008