0407008978/HC80376

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FRANCIS J. VALENTINE,

    *Plaintiff*,

v.

FOUNDERS INSURANCE COMPANY, a corporation, ARLIE G. CAVE, SIBYL FORMYDUVAL and TIRZA FERNANDEZ,

    *Defendant*.

No.   08 CV 3302

Judge Zagel
Magistrate Judge Mason

## NOTICE OF MOTION

TO:   Francis J. Valentine, 2622 Hermoine Trail, Long Beach, Indiana 46360

**PLEASE TAKE NOTICE** that on the **28th day of August 2008** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge James B. Zagel**, or any judge sitting in his stead, in the Courtroom usually occupied by him in **Room 2503** of the US District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn. Street, Chicago, Illinois, and then and there shall present *Founders Insurance Company's Motion for Leave to File its Answer to First Amended Complaint and its Counterclaim for Declaratory Judgment, <u>instanter</u>,* a copy of which is attached hereto and herewith served upon you.

                          **THE LAW OFFICE OF SHARI SHELMADINE**

                          _____

## PROOF OF SERVICE

    The undersigned, an attorney, on her oath, states that she served this Notice of Motion and Motion referenced therein by mailing a copy to the party/ies listed above on this **21st day of August 2008**, by depositing same in the U.S. Mail located at 53 West Jackson Boulevard, Chicago, with proper postage pre-paid.

                          _____
                          /s/Shari S. Shelmadine

THE LAW OFFICE OF SHARI SHELMADINE
53 West Jackson Boulevard, Suite 1209
Chicago, Illinois 60604
(312) 447-0042
Attorney No. 42227
A.R.D.C. 6202507