0407008978/HC80376

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FRANCIS J. VALENTINE,

      *Plaintiff/Counter-Defendant,*

   v.

FOUNDERS INSURANCE COMPANY, a
corporation, ARLIE G. CAVE, SIBYL
FORMYDUVAL and TIRZA FERNANDEZ,

      *Defendants/Counter-Plaintiff.*

No.   08 CV 3302

Judge Zagel
Magistrate Judge Mason

## NOTICE OF FILING

TO:    Francis J. Valentine, Esq., 2622 Hermoine Trail, Long Beach, Indiana 46360

      Please be advised that on the **28th day of August 2008**, we caused to be e-filed, with the United States District Court for the Northern District of Illinois, Eastern Division, ***Founders Insurance Company's Answer to First Amended Complaint and Counterclaim for Declaratory Judgment***, a copy of which is attached hereto and herewith served upon you.

**THE LAW OFFICE OF SHARI SHELMADINE**

## PROOF OF SERVICE BY MAIL

      The undersigned, an attorney, on her oath, states that she served this Notice of Filing and document referenced therein by placing a copy of same in the U.S. Mail located at 53 West Jackson Blvd., Chicago, Illinois, addressed to the party/parties listed above, with proper postage pre-paid, on this **28th day of August 2008**.

                                         Shari S. Shelmadine

THE LAW OFFICE OF SHARI SHELMADINE
53 West Jackson Boulevard, Suite 1209
Chicago, Illinois 60604
(312) 447-0042
Attorney No. 42227